**Fill in this information to identify your case:**

Debtor 1 _Patricia M Hudson_
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _Northern_ District of _Illinois_
(State)

Case number _16-10499_
(If known)

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 28 2016
JEFFREY P. ALLSTEADT, Clerk

☐ Check if this is an amended filing

## Official Form 103A

# Application for Individuals to Pay the Filing Fee in Installments        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    Specify Your Proposed Payment Timetable**

1. Which chapter of the Bankruptcy Code
   are you choosing to file under?

   ☐ Chapter 7
   ☐ Chapter 11
   ☐ Chapter 12
   ☒ Chapter 13

2. You may apply to pay the filing fee in up to
   four installments. Fill in the amounts you
   propose to pay and the dates you plan to
   pay them. Be sure all dates are business
   days. Then add the payments you propose
   to pay.

   You must propose to pay the entire fee no
   later than 120 days after you file this
   bankruptcy case. If the court approves your
   application, the court will set your final
   payment timetable.

   **You propose to pay...**

   $ _77.50_     ☐ With the filing of the petition    _04-27-2016_
                 ☒ On or before this date....... MM / DD /YYYY

   $ _77.50_     On or before this date...........  _05-27-2016_
                 MM / DD /YYYY

   $ _77.50_     On or before this date...........  _06-26-2016_
                 MM / DD /YYYY

   + $ _77.50_   On or before this date...........  _07-26-2016_
                 MM / DD /YYYY

   Total   $ _310.00_   ◀ Your total must equal the entire fee for the chapter you checked in line 1.

**Part 2:    Sign Below**

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

▓   You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

▓   You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.

▓   If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

✗ _Patricia M Hudson_ ✗ _____    ✗ _____
Signature of Debtor 1          Signature of Debtor 2          Your attorney's name and signature, if you used one

Date _03-28-2016_       Date _____       Date _____
MM / DD /YYYY          MM / DD /YYYY        MM / DD /YYYY

**Fill in this information to identify the case:**

Debtor 1      *Patricia M Hudson*
              First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the: *Northern*   District of *Illinois*
                                                              (State)

Case number      *16-10499*
(If known)

Chapter filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☒ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[ ] The debtor(s) must pay the filing fee according to the following terms:



| You must pay... | On or before this date... | |
|---|---|---|
| $ 77.50 | 04-27-2016  Month / day / year | PH |
| $ 77.50 | 05-27-2016  Month / day / year | PH |
| $ 77.50 | 06-26-2016  Month / day / year | PH |
| + $ 77.50 | 07-26-2016  Month / day / year | PH |
| **Total** $ 310.00 | | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

_____        **By the court:**  _____
Month / day / year                        United States Bankruptcy Judge